

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

§

WAL-MART STORES, INC. AND
WAL-MART ASSOCIATES, INC.,

§

Appellants,

§

V.

§

DAMIAN OCHOA,

§

Appellee.

§

§

No. 08-19-00052-CV

Appeal from the

168th District Court

of El Paso County, Texas

(TC# 2017DCV3151)

## <u>MEMORANDUM OPINION</u>

Appellants, Wal-Mart Stores, Inc. and Wal-Mart Associates, Inc., and Appellee, Damian Ochoa, have filed a joint motion to dismiss the appeal pursuant to Rule 42.1(a)(2) because the parties have settled the dispute. *See* TEX.R.APP.P. 42.1(a)(2). We grant the motion and dismiss the appeal. Pursuant to the parties' agreement, costs of the appeal are taxed against the party incurring same. TEX.R.APP.P. 42.1(d).

April 30, 2019

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)